IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Cedar Lane Technologies Inc.,**<br><br>Plaintiff,<br><br>v.<br><br>**Ecovacs Robotics, Inc.,**<br><br>Defendant. | Case No. 1:21-cv-00394-RGA<br><br>Patent Case<br><br>Jury Trial Demanded |

### PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Cedar Lane Technologies Inc., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides notice that it dismisses **with prejudice** all claims by Plaintiff against Defendant Ecovacs Robotics, Inc. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: June 3, 2021    Respectfully submitted,

/s/ David deBruin (No. 4846)
David deBruin (No. 4846)
GAWTHROP GREENWOOD, PC
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
302-777-5353
ddebruin@gawthrop.com

**Counsel for Plaintiff
Cedar Lane Technologies Inc.**

SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE